UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff-Respondent, | * | Crim. No. 00-CR-10010-ALL |
| v. | * | |
| MONCEDRUS ROBERTSON, | * | |
| Defendant-Petitioner. | * | |

## ORDER

COUNSEL, has moved the Court for the entry of an order PRO HAC VICE. The Court finds that the motion is due to be _granted_, and it is hereby ORDERED that Counsel be given Special Admission.

Dated on this 22nd day of June, 2005.

_James D. Todd_

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 06-23-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:04-CV-01099 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Robert A. Ratliff
SHIELDS RATLIFF GREEN & KERN, PC
P.O. Box 2353
Mobile, AL 36652

Moncedrus Robertson
FCI-EDGEFIELD
17166-076
P.O. Box 725
Edgefield, SC 29824

Honorable James Todd
US DISTRICT COURT